IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNAMARIE DELBANE, ) | |
| ) | C.A. No. 2:12-cv-01223-TFM |
| Plaintiff, ) | |
| v. ) | |
| ROCHESTER MANOR, KOPSACK ) | |
| ASSOCIATES, INC., JOAN COVERT- ) | |
| ADKINS and SUE MARSHONDA, ) | |
| ) | |
| Defendants. | |

### ORDER OF COURT

AND NOW, on this _____ day of _____, 2013, upon consideration of Defendants' *Motion to Stay Proceedings Pending Resolution of Motion for Rule 11 Sanctions*, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is GRANTED.

BY THE COURT:

_____, J.