IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNAMARIE DELBANE,<br><br>             Plaintiff,<br>v.<br>ROCHESTER MANOR, KOPSACK ASSOCIATES, INC., JOAN COVERT-ADKINS and SUE MARSHONDA,<br><br>             Defendants. | C.A. No. 2:12-cv-01223-TFM |

## ORDER OF COURT

AND NOW, on this \_\_\_\_\_ day of _____, 2013, upon consideration of *Defendants' Second Motion to Stay Proceedings Pending Resolution of Motion for Rule 11 Sanctions*, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is GRANTED. A limited extension of time will be granted as follows:

        (i)  Early Neutral Evaluation shall be completed within thirty (30) days from the date of this Court's ruling on Defendants' Rule 11 Motion or July 31, 2013, whichever is earlier;

        (ii) Discovery shall be completed within thirty (30) days from the date of the Early Neutral Evaluation or August 31, 2013, whichever is earlier;

        (iii)  The Court will schedule a post-discovery status conference at its convenience following the discovery deadline.

**BY THE COURT:**

_____, J.